IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM MCGHEE,

    Plaintiff,

v.                                                      No. CV11-640 JH/WDS

ROBERT ULIBARRI, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that the document is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee**.

    X    No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    X    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the Court. Only an original has been received.
(9)    ___    other _____

**III. Complaint, Petition or Application**:

(1)    ___    is missing
(2)    ___    is not on proper form (must use our form Rev. 5/96)
(3)    ___    is missing an original signature by the prisoner

(4) \_\_   is missing page nos. \_\_
(5) \_\_   uses et al. instead of listing all defendants/respondents
(6) \_\_   An original and a copy have not been received by the Court.  Only an original has been received.
(7) \_\_   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_   names in caption do not match names in text
(9) \_\_   other _____

Papers filed in response to this order must include the civil action number (CV 11-640 JH/WDS) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

    IT IS THEREFORE ORDERED that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

    IT IS FURTHER ORDERED that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms:  2 copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Financial Certificate

_____
UNITED STATES MAGISTRATE JUDGE