IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM MCGHEE,

    Plaintiff,

v.                       No. 1:11-cv-00640 JCH/WDS

ANDREW SWEENEY, MIKE SANCHEZ,
NATHAN HURWITZ, and CAROL SAUR,

    Defendants.

**ORDER GRANTING IN PART DEFENDANTS' MOTION
TO COMPEL MEDICAL AUTHORIZATION**

    This matter is before the Court on Defendants' Motion to Compel Medical Authorization. (Doc. 19) The Court has reviewed and considered the Motion, Plaintiff's Response, and the reply brief filed by Defendants.  It is apparent to the Court that Plaintiff's lawsuit has put his medical condition at issue because his physical and mental health are the substantial subject of Plaintiff's lawsuit.  It is not apparent to the Court that thirty one years of Plaintiff's medical records are implicated by the allegations of Plaintiff's lawsuit.  Accordingly, the Court orders Plaintiff to immediately sign a release for any and all medical records going back seven years from the date this lawsuit was filed.  Because the Prison Litigation Reform Act requires that prisoners exhaust their administrative remedies by filing grievances regarding any claim brought in a lawsuit, in the Court's opinion grievances relating to such medical treatment are also discoverable.  If, upon receipt and review of those records, and for good cause shown, Defendants believe they require additional medical records, they may file a motion with the Court.

    IT IS SO ORDERED.

                                                    W. Daniel Schneider
                                                    United States Magistrate Judge